ACCEPTED
03-15-00025-CV
6590733
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 4:59:49 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

_____

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/20/2015 4:59:49 PM
JEFFREY D. KYLE
Clerk

_____

APPELLANTS, LAKEWAY REGIONAL MEDICAL CENTER, LLC AND
SURGICAL DEVELOPMENT PARTNERS, LLC// CROSS-APPELLANT,
LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS
SPECIALTY HOSPITAL, LLC

v.

APPELLEES, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE
TRAVIS SPECIALTY HOSPITAL, LLC// CROSS-APPELLEES, LAKEWAY
REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT
PARTNERS, LLC, BRENNAN, MANNA, & DIAMOND, LLC
AND FRANK T. SOSSI

_____

**SECOND UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF OF CROSS-APPELLANT**

_____

TO THE HONORABLE COURT OF APPEALS:

Cross-Appellant Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC ("LTT") files this second unopposed motion for an extension of time to file its Brief of Cross-Appellant in this appeal. Currently the brief is due on August 31, 2015. LTT respectfully requests that this Court extend the time for filing its brief by three weeks to Monday, September 21, 2015. This is the second request for an extension of time by LTT.

1239604

LTT seeks this extension in order to have adequate time to analyze and brief this issues in this case. The record in this appeal is sizeable, including a 20-volume Reporter's Record from a jury trial. There are a number of different parties and issues in this appeal. In addition, Appellants have moved for a three-week extension of time to file their opening brief; it makes sense to keep all parties on a parallel briefing schedule.

This motion is unopposed.

WHEREFORE, LTT respectfully requests that this Court grant this motion, extend the deadline to file its brief of Cross-Appellant to September 21, 2015, and grant to it all other relief to which it may be entitled.

1239604

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, 24th Floor
Austin, TX  78701
(512) 495-6300
(512) 495-6399 Fax


By: /s/ *Jane Webre*_____
      S. Abraham Kuczaj, III
      State Bar No. 24046249
      akuczaj@scottdoug.com
      Paige Arnette Amstutz
      State Bar No. 00796136
      pamstutz@scottdoug.com
      Steven J. Wingard
      State Bar No. 00788694
      swingard@scottdoug.com
      Jane Webre
      State Bar No. 21050060
      jwebre@scottdoug.com

ATTORNEYS FOR CROSS-
APPELLANT/APPELLEE LAKE TRAVIS
TRANSITIONAL LTCH, LLC n/k/a LAKE
TRAVIS SPECIALTY HOSPITAL, LLC


## CERTIFICATE OF CONFERENCE

I certify that Joy Soloway and Ryan Fellman counsel for Cross-Appellees in this appeal, stated that they do not oppose the relief sought through this motion.

/s/ *Jane Webre*_____
Jane M.N. Webre

3

1239604

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served on the following counsel of record via the CM/ECF electronic noticing system and e-mail, on August 20, 2015.

Jeff Cody
Barton Wayne Cox
NORTON ROSE FULBRIGHT
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Joy Soloway
NORTON ROSE FULBRIGHT
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Robert A. Bragalone
B. Ryan Fellman
GORDON & REES, LLP
2100 Ross Avenue, Suite 2800
Dallas, TX 75201

Jessice Z. Barger
Raffi Melkonian
Wright & Close, LLP
One Riverway, Suite 2200
Houston, TX 77056

*/s/ Jane Webre*
Jane M.N. Webre

1239604